AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Jun 9 2025
Clerk, U.S. District Court
Western District of Texas

By: _AQ_
Deputy

**USA**

vs.

**(1) MARIA VALERIANA LOPEZ-AMBROSIO**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:25-M -03200(1)  LE**
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 05, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and  "*Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

June 9, 2025
File Date

at  EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:03 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -03200(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) MARIA VALERIANA LOPEZ-AMBROSIO**

FACTS   (CONTINUED)

557. The DEFENDANT, Maria Valeriana LOPEZ-Ambrosio, an alien to the United States and a citizen of Guatemala was found approximately 8.6 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing her to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to MEXICO on 02/16/2025 through SANTA TERESA, NEW MEXICO. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 2 times, the last one being to MEXICO on February 16, 2025, through SANTA TERESA, NM**

CRIMINAL HISTORY:

**NONE**